IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01518-BNB

GERALD ZACHARY HAMMOND,

Applicant, Named as Plaintiff,

v.

GOV. BILL RITTER,
STATE OF COLORADO, and
COLO. DEPT. OF CORRECTIONS,

Respondents, Named as Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -4 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Gerald Zachary Hammond, currently is detained at the Denver County Jail in Denver, Colorado. Mr. Hammond, acting *pro se*, initiated this action by submitting to the Court a pleading titled, "Subject: Appeal State Conviction." On June 28, 2010, Magistrate Judge Craig B. Shaffer directed the Clerk of the Court to commence a civil action and instructed Mr. Hammond to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Shaffer ordered Mr. Hammond to submit his claims and request to proceed pursuant to 28 U.S.C. § 1915 on Court-approved forms. Magistrate Judge Shaffer also instructed Mr. Hammond to submit a certificate showing the current balance in his prison account. Mr. Hammond was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On July 7, 2010, Mr. Hammond submitted a statement showing the current balance in his prisoner account, but the statement was not certified by a proper official at the Denver County Jail. Subsequently on July 8, Mr. Hammond filed three pleadings titled "Motion for Post Conviction Relief Pursuant to Rule 35(a) (Doc. No. 7),"Subject: Copy of Civil Court Rules 10cv01518, (Doc. No. 8)" and "Michie's Legal Resources (Doc. No. 9)." In response to Mr. Hammond's request in Document No. 8 for a copy of the Local Rules of Practice for the United States District Court of Colorado, the Court instructed the Clerk of the Court to send a copy of the Local Rules to Mr. Hammond. Mr. Hammond's request for his state court transcripts in his state criminal case his request for a copy of 18 U.S.C. § 3006a(b) were denied.

On July 12, 2010, Mr. Hammond filed two copies of a form used in state court for requesting leave to file without payment of a filing fee and attached another uncertified copy of his prisoner account statement to one of the forms. On July 15, 2010, Mr. Hammond filed a copy of a letter sent to him on June 7, 2010, from the STIRRT Program stating that he has been accepted into the program, which appears to be an alcohol, drug, and behavioral program in the State of Colorado.

Although Mr. Hammond has submitted the above pleadings to the Court, the pleadings are unresponsive to Magistrate Judge Shaffer's June 28 Order. Mr. Hammond still has not submitted his claims on a proper Court-Approved form or his request to proceed pursuant to § 1915 on a current Court-approved form. Furthermore, he has failed to submit a properly certified copy of his account statement showing the current balance in his prisoner account. Therefore, because Mr. Hammond has failed

to comply with the June 28 Order within the time allowed the action will be dismissed without further notice. Accordingly, it is

ORDERED that the action is dismissed pursuant to Fed. R. Civ. P. 41(b) without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 4th day of August, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01518-BNB

Gerald Zachary Hammond
Prisoner No. 10-033203
Denver County Jail
P.O. Box 1108
Denver, CO 80201-1108

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/4/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk